J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America, N.A., Recontrust Company, N.A. and Countrywide KB Home Loans*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAC T. HOILIEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a business entity, form unknown; RECONTRUST COMPANY, a business entity, form unknown; COUNTRYWIDE KB HOME LOANS, a Countrywide Mortgage Ventures, LLC series, a business entity, form unknown; FIRST AMERICAN TITLE, a business entity, form unknown, et al.,<br><br>　　　　　　　　　　Defendants. | Case:  2:10-cv-01258-GMN-LRL<br><br>**ORDER CANCELLING LIS PENDENS** |

　　　　This Court granted Defendants Bank of America, N.A.'s., Countrywide KB Home Loans' and Recontrust Company, N.A.'s ("Defendants"), Motion to Dismiss on March 16, 2011 [DE 17]. Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Lac T. Hoilien ("Plaintiff") be canceled.

　　　　The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about July 28, 2010, in Book No. 20100728 as Instrument No. 0003423 in the real property records maintained by the Clark County Recorder.

　　　　UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

444762

1. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

**DATED** this 18th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

LEWIS AND ROCA LLP

By: _____
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants*